**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY,

                    Plaintiff,

    - against -

EMPIRE CONTROL ABATEMENT, INC.,
VICTOR CUEVA, METROPOLITAN TRANSIT
AUTHORITY, THE LONG ISLAND RAILROAD,
STATION PLAZA I LLC, 3RD TRACK
CONSTRUCTORS, and GATEWAY DEMO/CIVIL
CORP.

                    Defendants.
----------------------------------------------------------------X
EMPIRE CONTROL ABATEMENT, INC.,

                    Third-Party Plaintiff,

    - against -

PROFESSIONAL RISK PLANNERS, INC., and
PAUL DEMASI,

                    Third-Party Defendants.
----------------------------------------------------------------X

**JUDGMENT**
CV 21-953 (GRB) (JMW)

        A Memorandum of Decision and Order of Honorable Gary R. Brown, United States District Judge, having been filed on August 31, 2023, granting third-party defendants Professional Risk Planners, Inc., and Paul Demasi's motion for summary judgment in its entirety, and denying in its entirety third-party plaintiff Empire Control Abatement, Inc.'s cross-motion for summary judgment against them; and an Order of Honorable Gary R. Brown, United States District Judge, having been filed on October 30, 2023, directing the Clerk of the Court to enter judgment favor of third-party defendants Professional Risk Planners, Inc., and Paul

Demasi, dismissing all claims against them by third-party plaintiff Empire Control Abatement, Inc., it is

**ORDERED AND ADJUDGED** that third-party plaintiff Empire Control Abatement, Inc., take nothing of third-party defendants Professional Risk Planners, Inc., and Paul Demasi; that third-party defendants Professional Risk Planners, Inc., and Paul Demasi's motion for summary judgment is granted in its entirety, and third-party plaintiff Empire Control Abatement, Inc.'s cross-motion for summary judgment against them is denied in its entirety; and that all claims by third-party plaintiff Empire Control Abatement, Inc., against third-party defendants Professional Risk Planners, Inc., and Paul Demasi are dismissed.

Dated: November 3, 2023
      Central Islip, New York

                                        BRENNA B. MAHONEY
                                        CLERK OF COURT

                               BY:    /S/ JAMES J. TORITTO
                                                 DEPUTY CLERK